1
2
3
4
5
6
7
8         **IN THE UNITED STATES DISTRICT COURT FOR THE**
9             **CENTRAL DISTRICT OF CALIFORNIA**
10

11  KENNETH H. GROVE,            )
12                               ) Case No. CV 07-7475 PA (JWJx)
            Plaintiff,           )
13                               ) **JUDGMENT**
       v.                        )
14                               )
    WELLS FARGO FINANCIAL        )
15  CALIFORNIA, INC., a Colorado )
    corporation,                 )
16                               )
            Defendant.           )
17                               )
18                               )
19                               )
20                               )
21                               )
22  _____     )
23
24
25
26
27
28

1    A Notice of Acceptance of an Offer of Judgment and an Offer of Judgment,
2 made pursuant to Rule 68 of the Federal Rules of Civil Procedure, was filed in this
3 action on August 28, 2008.  The Offer of Judgment provides: (1) that a judgment
4 be taken against Defendant Wells Fargo Financial California, Inc., in the amount of
5 twenty thousand dollars ($20,000) in favor of Plaintiff Kenneth Grove, plus costs
6 incurred to date and recoverable attorney's fees; (2) that, within 20 days of entry of
7 judgment, Defendant will submit a written request to the credit reporting agencies
8 to which it customarily reports that they delete the tradeline for Account No.
9 104662754 and will provide written confirmation to Plaintiff's counsel that such a
10 request was made; and (3) that Plaintiff is the prevailing party and may recover his
11 reasonable attorney's fees and costs in this action by filing a motion with the Court
12 and that Defendant may contest the amount of the fees and costs to be awarded, but
13 not Plaintiff's entitlement to the same.

Now therefore, pursuant to the Rule 68 Offer and Acceptance,

**IT IS ORDERED AND ADJUDGED:**

1. That Plaintiff Kenneth Grove is the prevailing party in this action and that he shall recover from Defendant Wells Fargo Financial California, Inc., the amount of twenty thousand dollars ($20,000) plus costs incurred to date and recoverable attorney's fees; and

2. That Defendant Wells Fargo Financial California, Inc., within 20 days of entry of this Judgment, shall submit a written request to the credit reporting agencies to which it customarily reports to delete the tradeline for Account No. 104662754, and provide Plaintiff's counsel with written confirmation that such a request was made.

Dated: September 05, 2008     By: _____
                                   Hon. Percy Anderson
                                   United States District Judge

[PROPOSED] JUDGMENT
Case No.  CV 07-7475 PA (JWJx)


Submitted By:

**GREEN WELLING LLP**

_____
Nicole D. Reynolds (State Bar No. 246255)

Jenelle Welling (State Bar No. 209480)
Charles D. Marshall (State Bar No. 236444)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
cacd.uscourts@classcounsel.com

Attorneys for Plaintiff

Approved as to Form By:

**SEVERSON & WERSON**

_____
Mark Lonergan (State Bar No. 143622)

**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Eric J. Troutman (State Bar No. 229263)
**SEVERSON & WERSON**
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant

[PROPOSED] JUDGMENT
Case No. CV 07-7475 PA (JWJx)